**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7059**

---

LEONARD DANIEL,

                              Petitioner - Appellant,

          versus

U. S. ATTORNEY'S OFFICE, NORTHERN DISTRICT OF
GEORGIA; U.S. DRUG ENFORCEMENT ADMINISTRATION,
U. S. Department of Justice, Agent Andre
Clark, Atlanta, Georgia,

                              Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-96-339-5-HC-BR)

---

Submitted:  October 17, 1996        Decided:  October 25, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Leonard Daniel, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing as frivolous his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Daniel v. United States Attorney's Office</u>, No. CA-96-339-5-HC-BR (E.D.N.C. June 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2